NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAP EXPORT, LLC, a California Limited Liability Company,**
*Plaintiff*

**ABRAHAM AMOUYAL, an individual, 4MODA CORP., a California corporation,**
*Third Party Defendants*

**v.**

**ZINUS, INC., a California corporation,**
*Defendant-Appellant*

**DOES, 1 through 10, inclusive,**
*Defendant*

---

2017-1540

---

Appeal from the United States District Court for the Central District of California in No. 2:16-cv-00371-SVW-MRW, Judge Stephen V. Wilson.

---

**O R D E R**

Counsel for Cap Export, LLC has not entered an appearance in this appeal. Thus, it appears Cap Export is not participating in the appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The revised official caption is reflected above.

(2) Zinus, Inc. shall file its appendix within 15 days after filing its opening brief.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25