# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Cap Export, LLC v. Zinus, Inc.

No. 2017-1540

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☒ As counsel for: Cap Export, LLC
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☐ Amicus curiae ☐ Cross Appellant

☐ Appellant ☒ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

---

Name: David P. Beitchman
Law Firm: Beitchman & Zekian, P.C.
Address: 16130 Ventura Blvd., Suite 570
City, State and Zip: Encino, CA 91436
Telephone: (818) 986-9100
Fax #: (818) 986-9119
E-mail address: dbeitchman@bzlegal.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing ______________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 03/17/2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date March 29, 2017 Signature of pro se or counsel /s/ David Beitchman

cc: See Certificate of Service

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on March 29, 2017 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

David P. Beitchman — Name of Counsel

/s/ David Beitchman — Signature of Counsel

Law Firm: Imperium Patent Works, LLP
Address: P.O. Box 607
City, State, Zip: Pleasanton, CA 94566
Telephone Number: (925) 550-5067
Fax Number: (925) 835-5804
E-Mail Address: darien@imperiumpw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields